# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andre Maurice Crawford, | No. CV 12-162-TUC-FRZ |
| Petitioner, | **ORDER** |
| vs. | |
| Louis Winn, Jr., Warden | |
| Respondent. | |

Before the Court for consideration is the Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody filed by Petitioner Andre Maurice Crawford, *pro se,* who is confined at the Federal Correctional Institution-Tucson, and the Report and Recommendation of Magistrate Judge Bruce G. Macdonald recommending denial.

Petitioner presents one ground for relief, seeking credit toward his federal sentence beginning on August 31, 2004, the date of the Pennsylvania Parole Board's notice regarding its initial decision to parole Petitioner.

This matter was referred to the Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b), Rule 72, Fed.R.Civ.P., and Local Rules 72.1 and 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, for further proceedings and Report and Recommendation.

Magistrate Judge Macdonald issued his Report and Recommendation on August 13, 2014, recommending that this Court deny the Petition and decline to issue a certificate of

1 appealability, based on his finding that "Petitioner has not provided this Court with any 2 evidence to support his argument that [the Bureau of Prisons] erred in finding that the Parole 3 Board released him to the federal detainer on March 13, 2008, or that the time from August 4 31, 2004 through March 13, 2008 was not credited toward his state incarceration. As such, 5 the Court finds that Petitioner's Petition is without merit."

6 The Report and Recommendation sets forth a thorough factual and procedural history 7 of Petitioner's federal and underlying state proceedings and an in-depth legal analysis of the 8 issues presented.

9 The parties were advised that, pursuant to 28 U.S.C. § 636(b) and Federal Rule of 10 Civil Procedure 72(b)(2), any party may serve and file written objections within fourteen 11 days of being served with a copy of the Report and Recommendation, and that a party may 12 respond to the other party's objections within fourteen days.

13 Petitioner's Objections to Magistrates Report and Recommendation was filed 14 September 3, 2014. Respondent filed Government's Response to Objections to Report and 15 Recommendation in opposition on September 12, 2014.

16 Before the Court for review are the Petition Under 28 U.S.C. § 2241 for a Writ of 17 Habeas Corpus and supporting brief and memorandum (Doc. 1), the Response in Opposition 18 to Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Docs. 13); Rebuttal of 19 Respondent's Response in Opposition to Petition for Writ of Habeas Corpus Under 28 U.S.C. 20 § 2241 (Doc. 14); the Report and Recommendation (Doc. 18); Petitioner's objections (Doc. 21 20) and the Government's response thereto (Doc. 21).

22 The Court finds, after consideration of all matters presented and an independent 23 review of the record herein, that the Petition for a Writ of Habeas Corpus shall be denied and 24 this action shall be dismissed in accordance with the Report and Recommendation.

25 Based on the foregoing,

26 **IT IS HEREBY ORDERED** that the Report and Recommendation (Doc. 18) is 27 hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this 28 Court;

1       **IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1)
2   is **DENIED** and this action is hereby **DISMISSED**;
3       **IT IS FURTHER ORDERED** that all pending matters are **denied as moot**;
4       **IT IS FURTHER ORDERED** that any request for certificate of appealability shall
5   be denied in accordance with these findings;
6       **IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment
7   accordingly.

9       DATED this 31st day of March, 2015.

            _____
            Frank R. Zapata
            **Senior United States District Judge**